# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CASE NO.: 5:15-CR-27 (LJA) |
| | : | |
| DAVID GUADALUPE GUTIERREZ, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

Before the Court is the Motion for Substitution of Counsel. (Doc. 21 (the "Motion").) Defendant moves to replace counsel Mr. Franklin Bynum and Ms. Sarah Beth Landau with counsel Mr. Mark Thering, whom Defendant retained on June 23, 2016. (*Id.* at 1.) The Motion represents that Mr. Bynum and Ms. Landau do not object to the Motion and that the Assistant United States Attorney does not oppose the Motion. (*Id.* at 1-2.) Further, the Motion states that this "will not result in any delays in [Defendant's] case." (*Id.* at 1.) Trial in this matter is scheduled for the October 2016 trial term for the Macon Division. (Doc. 20 at 2.)

The Motion is **GRANTED**. Mr. Bynum and Ms. Landau are replaced as counsel for Defendant by Mr. Thering.

**SO ORDERED**, this 12th day of July, 2016.

　　　　　　　　　　　　　　　　　　　　/s/ Leslie J. Abrams
**LESLIE J. ABRAMS, JUDGE**
**UNITED STATES DISTRICT COURT**