**THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA**
MACON DIVISION

UNITED STATES OF AMERICA          §

          VS.                              §          CASE NO. : 5:15-CR-00027-1(LJA) (CHW)

DAVID GUADALUPE GUTIERREZ  §

**1ST UNOPPOSED MOTION FOR CONTINUANCE**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, **DAVID GUADALUPE GUTIERREZ**, in the above-styled and numbered cause, by and through his attorney of record, Mark Thering and files this Motion for Continuance; and in support thereof would show the court as follows:

I.

This cause is currently set for a Pre-Trial Conference on October 18, 2016, with a trial setting date of October 24, 2016.

II.

Mr. Gutierrez does not have intentions to try this case and he has signed plea papers.

III.

This attorney is set to begin a murder trial in the 182nd District Court in Harris County Texas (State v. Rodolfo Izaguirre; Cause No. 1403215).  This trial may last two weeks.

IV.

Mr. Gutierrez is currently on bond and being supervised through Federal Probation in Houston, Texas.  Mr. Gutierrez is in compliance with all conditions of release including electronic monitoring and curfew.

This Motion is not filed for purposes of delay and will not prejudice the case in any way. A continuance is sought solely so that the Defendant will receive effective assistance of counsel and a fair trial.

WHEREFORE, PREMISES CONSIDERED, the Defendant prays the Court grant this Motion and continue this cause on the docket of this Court until a later date.

Respectfully submitted,

//S// Mark Thering_____
MARK C. THERING

State Bar No. 24010918
1305 Prairie Street Suite 300
Houston, Texas  77002
Telephone:  (832)257-7747
Facsimile:  (832)940-0393
ATTORNEY FOR DEFENDANT

## CERTIFICATE OF CONSULTATION

This is to certify that the undersigned counsel conferred with the Assistant United States

Attorney regarding this motion and:

X_____   She does not oppose it.

_____   Our attempts to resolve it were unsuccessful.

_____   Counsel was able to agree regarding the motion to the following extent.

_____   Counsel's attempts to contact the government were unsuccessful.

//S// Mark Thering_____ _____
MARK C. THERING
State Bar No. 24010918
1305 Prairie Street Suite 300
Houston, Texas  77002
Telephone:  (832)257-7747
Facsimile:  (832)940-0393
ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was sent to the, Assistant United States Attorney, via electronic filing on this the 10th day of October, 2016.

//S// Mark Thering_____

MARK C. THERING

State Bar No. 24010918

1305 Prairie Street Suite 300

Houston, Texas  77002

Telephone:  (832)257-7747

Facsimile:  (832)940-0393

ATTORNEY FOR DEFENDANT